ORIGINAL

FILED
MAY 25 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD CONSTRUCTION, L.P. f/k/a<br>TODD CONSTRUCTION CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-324 C |

## COMPLAINT

Plaintiff, Todd Construction, L.P. ("Todd"), for its action against defendant, The United States of America ("United States"), alleges and states as follows:

1. Todd is a Texas limited partnership authorized to and transacting business in North Carolina and other states.

2. This action is founded upon the rules and regulations of certain executive departments, those being the Department of Defense and the Department of the Army, U. S. Army Corps of Engineers ("Corps").

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1491(a)(1) and 5 U.S.C. §§701, *et seq*.

4. Todd received two task orders from the United States on projects known as: "Repair ALS Roof, Building 3611, Project No. VKAG 99-1130, Seymour Johnson AFB, NC"; and "Repair Roof of Building 2121, Project No. VKAG 00-1165, Seymour Johnson AFB, NC" ("Projects").

5. On March 26, 2006, the Corps issued proposed final evaluations in connection with the Projects. The evaluations rated Todd's overall performance on the Projects as unsatisfactory. The evaluations were sent to Todd for comment. Todd timely submitted its comments to the Corps.

6. On July 23, 2006, the Corps issued final evaluations on the Projects. Todd timely appealed the final evaluations.

7. On May 25, 2007, the Corps issued a final decision rejecting Todd's appeal and issuing the earlier proposed final evaluations. The unsatisfactory performance evaluations have been posted in the Construction Contractor Appraisal Support System ("CCASS").

8. In accordance with 28 U.S.C. §1491, Todd is seeking a review of the Corps' actions.

9. The Corps' final decision should be held unlawful and set aside for the following reasons:

a. The Corps' actions were arbitrary, capricious, an abuse of discretion and not in accordance with law;

b. The Corps exceeded its statutory and regulatory authority;

c. The Corps failed to properly observe procedures required by law; and

d. The Corps' actions were unsupported by substantial evidence and/or unwarranted by the facts.

WHEREFORE, Todd Construction, L.P., requests the following relief on its action against the United States of America:

a. A judicial determination that the Corps' final decision is unlawful and should be set aside;

b. An order directing the Corps to remove the final performance evaluations from CCASS; and

c. For such other relief as this Court deems proper, including interest, costs and attorneys' fees.

Robert L. Magrini w/ permission

Robert L. Magrini, OBA #12385
Hayes Magrini & Gatewood
1220 North Walker (73103); Post Office Box 60140
Oklahoma City, Oklahoma 73146-0140
Phone: (405) 235-9922; Fax: (405) 235-6611
E-Mail: rmagrini@hmglawyers.com

Attorneys for Plaintiff, Todd Construction, L.P.

todd.gen\todd complaint 1