ORIGINAL

FILED
MAY 25 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

TODD CONSTRUCTION, L.P. f/k/a TODD CONSTRUCTION CO., INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 07-324 C

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Todd Construction, L.P. f/k/a Todd Construction Co., Inc. ("Todd"), who is plaintiff in this action, makes the following disclosure:

1. Todd is not a publicly held corporation or other publicly held entity.

2. Todd does not have a parent corporation.

3. No publicly held corporation or other publicly held entity holds 10% or more of Todd's stock.

4. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

5. Todd is not a trade association.

Robert L. Magrini w/ permission

Robert L. Magrini, OBA #12385
Hayes Magrini & Gatewood
1220 North Walker (73103); Post Office Box 60140
Oklahoma City, Oklahoma 73146-0140
Phone: (405) 235-9922; Fax: (405) 235-6611
E-Mail: rmagrini@hmglawyers.com
Attorneys for Plaintiff, Todd Construction, L.P.

todd.gen\todd corporate disclosure statement