IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD CONSTRUCTION, L.P. f/k/a<br>TODD CONSTRUCTION CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 07-324C<br>(Judge Edward J. Damich) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Maame A.F. Ewusi-Mensah, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Maame A.F. Ewusi-Mensah
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12000
Washington, D.C. 20530
Phone: (202) 353-0503
Fax: (202) 514-8624
E-mail:Maame.Ewusi-Mensah@usdoj.gov

Attention: Classification Unit
8th Floor

s/Maame A.F. Ewusi-Mensah
Maame A.F. Ewusi-Mensah
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: June 13, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Maame A.F. Ewusi-Mensah