# In the United States Court of Federal Claims

No. 07-324 C

(Filed: July 26, 2007)

| | |
|---|---|
| ********************************** | |
| **TODD CONSTRUCTION, L.P. f/k/a** | * |
| **TODD CONSTRUCTION CO., INC.,** | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On July 19, 2007, Defendant filed an unopposed motion for a 60-day enlargement of time to respond to Plaintiff's complaint. Defendant seeks additional time to allow the interested agency, the Army Corp of Engineers, to prepare its litigation report and suggested response to the complaint. The Court hereby **GRANTS** Defendant's motion in part and **DENIES** the motion in part. Defendant shall instead file its response to the complaint on or before **August 24, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge