**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TODD CONSTRUCTION, L.P. f/k/a<br>TODD CONSTRUCTION CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-324C<br>(Judge Edward J. Damich) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Todd Construction, L.P. f/k/a Todd Construction Co., Inc. ("Todd"), respectfully requests a 5-day enlargement of time to and including September 28, 2007, in which to file its response to the motion to dismiss of defendant, The United States of America ("USA"), representing to the Court as follows:

1. Todd's response is now due September 24, 2007.

2. Todd's counsel has prepared its response but has not had an opportunity to finalize it. Todd's counsel has been involved in a lengthy, time-consuming referee/mediation process in a case styled, *Romar Supply, Inc. v. Bar-S Foods Co., et al.; Bar-S Foods Co. v. Whiting-Turner Contracting Company, et al.; The Reynolds Co. v. Bar-S Foods Co., et al.*, In the District Court of Jackson County, Oklahoma, Consolidated Case No. CJ-2005-290. The case has now been settled.

3. Todd's counsel is authorized to state that USA's counsel is not opposed to this motion. Todd's counsel has agreed, in exchange, that the USA's deadline to file a reply brief should be extended from October 12 to October 19, 2007.

4. This motion is not being filed for the purpose of delay and, if granted, will have no impact on any other deadlines.

Dated September 24, 2007.

s/Robert L. Magrini
Robert L. Magrini, OBA #12385
Hayes Magrini & Gatewood
1220 North Walker (73103)
Post Office Box 60140
Oklahoma City, Oklahoma 73146-0140
rmagrini@hmglawyers.com
Phone: (405) 235-9922
Fax: (405) 235-6611

Attorneys for Plaintiff, Todd Construction, L.P.
f/k/a Todd Construction Co., Inc.

**CERTIFICATE OF FILING**

On the 24th day of September, 2007, I electronically transmitted the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Maame A.F. Ewusi-Mensah. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Robert L. Magrini
Robert L. Magrini

todd.gen\motion to extend time1