IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD CONSTRUCTION, L.P. f/k/a<br>TODD CONSTRUCTION CO., INC., | ) | |
| Plaintiff, | ) | No. 07-324C<br>(Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Pursuant to Rule 7.2(a) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits this opposition to the motion for leave to file a sur-reply (in response to our reply in support of our motion to dismiss) filed by plaintiff Todd Construction, L.P. ("Todd Construction"). Todd Construction should not be permitted to file a sur-reply as no new matters were raised in our reply brief in support of our motion to dismiss.

Todd Construction's stated grounds for seeking leave to file a sur-reply are without merit. First, Todd Construction erroneously states: "The Government is asserting for the first time a new position that its motion to dismiss should be treated as a motion for summary judgment." Pl. Mot. 1. Our reply does not state that our motion to dismiss should be treated as a motion for summary judgment, and contains no reference to any motion for summary judgment. Todd also makes the conclusory statement, without citation, that "the Government has taken out of context and has otherwise misstated various statements in Todd's brief in opposition of the Government's motion." Id. Todd Construction is not entitled to a sur-reply, particularly in this

instance where the United States raised no new issues in its reply brief. The fact that Todd Construction may disagree with the United States' characterization of Todd Construction's position is insufficient grounds for leave to file a sur-reply. The parties' submissions in this matter are sufficient to permit this Court to determine whether the United States has properly characterized Todd Construction's position, and more importantly, whether Todd Construction's complaint should be dismissed. A sur-reply would either be cumulative or would inappropriately permit Todd Construction to introduce new arguments not made in its opposition to our motion to dismiss.

## CONCLUSION

For the foregoing reasons, defendant respectfully requests that the Court deny Todd Construction's motion for leave to file a sur-reply. To the extent that this Court grants Todd Construction's motion, defendant respectfully requests leave to file a response to any new arguments raised in the sur-reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

Of Counsel:
MARY L. ASHBY
Assistant District Counsel
Office of Counsel
Savannah District
US Army Corps of Engineers
100 Oglethorpe Avenue
P.O. Box 889
Savannah, GA 31402
Tel: (912) 652-5025
Fax: (912) 652-5126

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

October 12, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of November, 2007, a copy of the foregoing "DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah