FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101 and 3.104

# PERFORMANCE EVALUATION (CONSTRUCTION)

INCOMPLETE-RATED

**1. CONTRACT NUMBER** DACA2103D0021 0004

**2. CEC NUMBER** 620447052

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

**3. TYPE OF EVALUATION** *(X one)*

[ ] INTERIM *(List percentage ________ %)* [X] FINAL [ ] AMENDED

**4. TERMINATED FOR DEFAULT** [ ]

**5. CONTRACTOR** *(Name, Address, and ZIP Code)*

TODD CONSTRUCTION CO., INC.
9636 N MAY AVE., SUITE 275
OKLAHOMA CITY
OK 73120
US
NAICS Code: 236220

**6.a. PROCUREMENT METHOD** *(X one)*

[ ] SEALED BID [X] NEGOTIATED

**b. TYPE OF CONTRACT** *(X one)*

[ ] FIRM FIXED PRICE [ ] COST REIMBURSEMENT
[X] OTHER (Specify) IDC

**7. DESCRIPTION AND LOCATION OF WORK**

REPAIR ROOF OF BUILDING 2121, PROJECT NO. VKAG 00-1165. SEYMOUR JOHNSON AFB, NC

**8. TYPE AND PERCENT OF SUBCONTRACTING**

82% General Construction

| | a. | b. | c. | d. |
|---|---|---|---|---|
| **9. FISCAL DATA** | AMOUNT OF BASIC CONTRACT $486,272 | TOTAL AMOUNT OF MODIFICATIONS $0 | LIQUIDATED DAMAGES ASSESSED $35,357 | NET AMOUNT PAID CONTRACTOR $450,916 |
| **10. SIGNIFICANT DATES** | DATE OF AWARD 09/29/2003 | ORIGINAL CONTRACT COMPLETION DATE 03/27/2004 | REVISED CONTRACT COMPLETION DATE 06/25/2004 | DATE WORK ACCEPTED 09/30/2005 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

**11. OVERALL RATING** *(X appropriate block)*

[ ] OUTSTANDING [ ] ABOVE AVERAGE [ ] SATISFACTORY [ ] MARGINAL [X] UNSATISFACTORY *(Explain in Item 20 on reverse)*

**12. EVALUATED BY**

**a. ORGANIZATION** *(Name and Address (Include ZIP Code))*
U.S. ARMY CORPS OF ENGINEERS, SEYMOUR JOHNSON RESIDENT OFFICE

**b. TELEPHONE NUMBER** *(Include Area Code)*
(919) 722-5865

**c. NAME AND TITLE**
STEPHEN T. BLANCHARD, PE
RESIDENT ENGINEER

**d. SIGNATURE**

**e. DATE**
03/22/2006

**13. EVALUATION REVIEWED BY**

**a. ORGANIZATION** *(Name and Address (Include ZIP Code))*

**b. TELEPHONE NUMBER** *(Include Area Code)*

**c. NAME AND TITLE**

**d. SIGNATURE**

**e. DATE**

**14. AGENCY USE** *(Distribution, etc.)*

EXHIBIT A

DD FORM 2626, JUN 94 (EG) EXCEPTION TO SF 1420 APPROVED BY GSA/IRMS 6-94

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101 and 3.104

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

N/A = NOT APPLICABLE O = OUTSTANDING A = ABOVE AVERAGE S = SATISFACTORY M = MARGINAL U = UNSATISFACTORY

| 15. QUALITY CONTROL | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | | | | X |
| b. ADEQUACY OF THE CQC PLAN | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | | | | | | X |
| d. QUALITY OF QC DOCUMENTATION | | | | X | | |
| e. STORAGE OF MATERIALS | | | | X | | |
| f. ADEQUACY OF MATERIALS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | | X | | |
| h. ADEQUACY OF QC TESTING | | | | X | | |
| i. ADEQUACY OF AS-BUILTS | | | | X | | |
| j. USE OF SPECIFIED MATERIALS | | | | X | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | | | | | | X |
| **17. TIMELY PERFORMANCE** | | | | | | |
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | | | | X |
| b. ADHERENCE TO APPROVED SCHEDULE | | | | | | X |
| c. RESOLUTION OF DELAYS | | | | | | X |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | | | | X |
| e. COMPLETION OF PUNCHLIST ITEMS | | | | | | X |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | | | | | X |
| g. WARRANTY RESPONSE | | | | | | X |

| 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. COOPERATION AND RESPONSIVENESS | | | | | | X |
| b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | | | | X |
| c. COORDINATION AND CONTROL OF SUBCONTRACTOR(S) | | | | | | X |
| d. ADEQUACY OF SITE CLEAN-UP | | | | X | | |
| e. EFFECTIVENESS OF JOB-SITE SUPERVISION | | | | | | X |
| f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. PROFESSIONAL CONDUCT | | | | X | | |
| h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | | | | | | X |
| i. IMPLEMENTATION OF SUBCONTRACTING PLAN | | | | X | | |
| **18. COMPLIANCE WITH LABOR STANDARDS** | | | | | | |
| a. CORRECTION OF NOTED DEFICIENCIES | X | | | | | |
| b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS WITH SPECIFIC ATTENTION TO THE DAVIS-BACON ACT AND EEO REQUIREMENTS | | | | X | | |
| **19. COMPLIANCE WITH SAFETY STANDARDS** | | | | | | |
| a. ADEQUACY OF SAFETY PLAN | | | | X | | |
| b. IMPLEMENTATION OF SAFETY PLAN | | | | X | | |
| c. CORRECTION OF NOTED DEFICIENCIES | | | | X | | |

**20. REMARKS** *(Explanation of unsatisfactory evaluation is required. Other comments are optional. Provide facts concerning specific events or actions to justify the evaluation. These data must be in sufficient detail to assist contracting officers in determining the contractor's responsibility. Continue on separate sheet(s), if needed.)*

EVALUATOR REMARKS:

Timeliness of Performance

- Award was made and NTP was given on 29 Sep 03
- Overall duration is 180 calendar days, including a 60 day submittal phase at the beginning.
- Contractor failed to submit a schedule until 6 Feb 04. 6 Feb schedule was disapproved, and resubmitted on 6 Apr 04.
- Contractor failed to provide submittals in a timely manner. First submittal was not received until 22 Dec 03.
- Contractor failed to pursue work diligently. Contractor did not start work, until the week of 29 March 04.
- Contractor failed to timely pursue completion of deficiencies.
- Contractor failed multiple times in complying with completion schedules submitted.
- Contractor failed to correct deficiencies in a timely manner.
- Work accepted on 30 September 2005.
- Finish on some roof panels were identified as rusting during the final inspection. It has been over 5 months and the contractor has failed properly investigate or correct this warranty item.

Effectiveness of Management

- Government sent the contractor a letter on 17 Dec 03, concerning the lack of progress. Contractor failed to increase effort to mitigate the poor performance.
- Government sent the contractor a letter on 5 Feb 04, concerning lack of progress and possible interim unsatisfactory rating. Contractor responded with letter stating they

(continued...)

20. REMARKS (...continued)
would finish work on this building on 26 March 04.
- Contractor failed to maintain control over subcontractors.
- Contractor allowed subcontractor to cause further damage to panel paint resulting in further delays.
- Contractor failed to insure that necessary quantities of materials were available to complete deficiencies resulting in further delays.

Quality Control
- Contractor's quality control system failed to transmit submittals in a timely manner and failed to update the submittal register to indicate when submittals were required in order to have timely delivery and on time project execution.
- Contractor failed to hold subcontractor responsible for quality of workmanship.
- Contractor's quality control system allowed work to progress out of sequence causing quality issues and extensive roof leaks.
- Contractor's quality control system allowed subcontractors to field paint damaged roof panels without government approval and voiding the manufacturer's warranty.

CONTRACTOR REMARKS: 1

CONCURRENCE: I do not concur with this evaluation.
CONTRACTOR NAME: TOM LA GALLE
TITLE: VICE PRES.
PHONE: 910-436-8600

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101 and 3.104

# PERFORMANCE EVALUATION (CONSTRUCTION)

INCOMPLETE-RATED

**1. CONTRACT NUMBER** DACA2103D0021 0003

**2. CEC NUMBER** 620447052

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

**3. TYPE OF EVALUATION** *(X one)*

[ ] INTERIM *(List percentage ______ %)* [X] FINAL [ ] AMENDED

**4. TERMINATED FOR DEFAULT** [ ]

**5. CONTRACTOR** *(Name, Address, and ZIP Code)*
TODD CONSTRUCTION CO., INC.
9626 N MAY AVE, SUITE 275
OKLAHOMA CITY
OK 73120
US
NAICS Code: 236220

**6.a. PROCUREMENT METHOD** *(X one)*
[ ] SEALED BID [X] NEGOTIATED

**b. TYPE OF CONTRACT** *(X one)*
[ ] FIRM FIXED PRICE [ ] COST REIMBURSEMENT
[X] OTHER (Specify) IDC

**7. DESCRIPTION AND LOCATION OF WORK**
REPAIR ALS ROOF, BUILDING 3611, PROJECT NO. VKAG 99-1130. LD RATE: #376.14/DAY. SEYMOUR JOHNSON AFB, NC

**8. TYPE AND PERCENT OF SUBCONTRACTING**
100% General Construction

| | a. | b. | c. | d. |
|---|---|---|---|---|
| **9. FISCAL DATA** ▶ | AMOUNT OF BASIC CONTRACT $389,262 | TOTAL AMOUNT OF MODIFICATIONS $0 | LIQUIDATED DAMAGES ASSESSED $112,842 | NET AMOUNT PAID CONTRACTOR $276,421 |
| **10. SIGNIFICANT DATES** ▶ | DATE OF AWARD 09/29/2003 | ORIGINAL CONTRACT COMPLETION DATE 03/27/2004 | REVISED CONTRACT COMPLETION DATE 07/30/2004 | DATE WORK ACCEPTED 10/14/2005 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

**11. OVERALL RATING** *(X appropriate block)*

[ ] OUTSTANDING [ ] ABOVE AVERAGE [ ] SATISFACTORY [ ] MARGINAL [X] UNSATISFACTORY *(Explain in Item 20 on reverse)*

**12. EVALUATED BY**

**a. ORGANIZATION** *(Name and Address (Include ZIP Code))*
U.S. ARMY CORPS OF ENGINEER, SEYMOUR JOHNSON RESIDENT OFFICE

**b. TELEPHONE NUMBER** *(Include Area Code)*
(919) 722-5865

**c. NAME AND TITLE**
STEPHEN T. BLANCHARD, PE
RESIDENT ENGINEER

**d. SIGNATURE**

**e. DATE**
03/22/2006

**13. EVALUATION REVIEWED BY**

**a. ORGANIZATION** *(Name and Address (Include ZIP Code))*

**b. TELEPHONE NUMBER** *(Include Area Code)*

**c. NAME AND TITLE**

**d. SIGNATURE**

**e. DATE**

**14. AGENCY USE** *(Distribution, etc.)*

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101 and 3.104

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

N/A = NOT APPLICABLE O = OUTSTANDING A = ABOVE AVERAGE S = SATISFACTORY M = MARGINAL U = UNSATISFACTORY

| 15. QUALITY CONTROL | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | | | | X |
| b. ADEQUACY OF THE CQC PLAN | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | | | | | | X |
| d. QUALITY OF QC DOCUMENTATION | | | | X | | |
| e. STORAGE OF MATERIALS | | | | X | | |
| f. ADEQUACY OF MATERIALS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | | | | X |
| h. ADEQUACY OF QC TESTING | | | | X | | |
| i. ADEQUACY OF AS-BUILTS | | | | X | | |
| j. USE OF SPECIFIED MATERIALS | | | | X | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | | | | | | X |

| 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. COOPERATION AND RESPONSIVENESS | | | | | | X |
| b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | | | | X |
| c. COORDINATION AND CONTROL OF SUBCONTRACTOR(S) | | | | | | X |
| d. ADEQUACY OF SITE CLEAN-UP | | | | X | | |
| e. EFFECTIVENESS OF JOB-SITE SUPERVISION | | | | | | X |
| f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. PROFESSIONAL CONDUCT | | | | X | | |
| h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | | | | | | X |
| i. IMPLEMENTATION OF SUBCONTRACTING PLAN | | | | | X | |

| 17. TIMELY PERFORMANCE | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | | | | X |
| b. ADHERENCE TO APPROVED SCHEDULE | | | | | | X |
| c. RESOLUTION OF DELAYS | | | | | | X |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | | | | X |
| e. COMPLETION OF PUNCHLIST ITEMS | | | | | | X |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | | | | | X |
| g. WARRANTY RESPONSE | | | | X | | |

| 18. COMPLIANCE WITH LABOR STANDARDS | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. CORRECTION OF NOTED DEFICIENCIES | X | | | | | |
| b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS WITH SPECIFIC ATTENTION TO THE DAVIS-BACON ACT AND EEO REQUIREMENTS | | | | X | | |

| 19. COMPLIANCE WITH SAFETY STANDARDS | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. ADEQUACY OF SAFETY PLAN | | | | X | | |
| b. IMPLEMENTATION OF SAFETY PLAN | | | | X | | |
| c. CORRECTION OF NOTED DEFICIENCIES | | | | X | | |

**20. REMARKS** *(Explanation of unsatisfactory evaluation is required. Other comments are optional. Provide facts concerning specific events or actions to justify the evaluation. These data must be in sufficient detail to assist contracting officers in determining the contractor's responsibility. Continue on separate sheet(s), if needed.)*

EVALUATOR REMARKS: Timeliness of Performance

- Award was made and NTP was given on 29 Sep 03
- Overall duration is 180 calendar days, including a 60 day submittal phase at the beginning.
- Contractor failed to submit a schedule until 4 March 04. 4 March schedule was disapproved, and resubmitted on 6 Apr 04.
- Contractor failed to provide submittals in a timely manner. First submittal was not received until 15 Jan 04
- Contract modification SF-30 was signed by contractor on 9 June 04
- Engineer drawings for modification were not received until 13 July 04 and were subsequently disapproved
- Truss and deck materials did not start arriving until 20 July 04
- Engineer drawings for modification were resubmitted on 22 July 04 and disapproved once again
- Engineer stamped drawings for modification was found to be fabricated by the subcontractor
- Engineer drawings for modification were disapproved once again on 30 July 04
- Engineer drawings for modification resubmitted on 9 August 04 and finally approved on 10 August 04
- Subcontractor pulled off the job site and a new subcontractor arrived on site 23 August 04
- Construction began 25 August 04
- Shortage of materals halted work for 3 weeks on 6 October 04
- Contractor failed to pursue work diligently, failed to maintain control of

(continued...)

20. REMARKS (...continued)
subcontracts, and failed to provide materials and the required engineer drawings in a timely and professional manner.
- Contractor held prefinal inspection on 9 May 05, took contractor until 14 October to correct deficiencies.

Effectiveness of Management
- Government sent the contractor a letter on 17 Dec 03, concerning the lack of progress. Contractor failed to increase effort to mitigate the poor performance.
- Government sent the contractor a letter on 5 Feb 04, concerning lack of progress and possible interim unsatisfactory rating. Contractor responded with letter stating they had problems with their roofing subcontractor and had replaced them recently.
- Contractor failed to control and supervise subcontractors, leading to extensive delays due to lack of performance and insufficient materials
-

Quality Control
- Contractor's quality control system failed to transmit submittals in a timely manner and failed to update the submittal register to indicate when submittals were required in order to have timely delivery and on time project execution
- Contractor failed to review engineer drawings submitted by the subcontractor and submitted drawings that were fabricated to look as though they were stamped by a professional engineer when in fact they had not even been reviewed or designed by a professional engineer.
- Contractor's quality control system failed to correct deficient work and allowed deficient work to be installed. Delaying progress due to rework and correction of deficiencies.