# In the United States Court of Federal Claims

**No. 07-324 C**
**Filed: September 12, 2008**

TODD CONSTRUCTION, L.P.

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

Judge George W. Miller

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

John S. Buckley
ACTING CLERK OF COURT